FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT  2005 OCT -7 PM 12: 48

FOR THE SOUTHERN DISTRICT OF GEORGIA

S. DIST. OF GA.

AUGUSTA DIVISION

| | |
|---|---|
| ALFONSO D'ANTIGNAC, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 104-117 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's § 2255 motion is **DENIED**, this civil action is **CLOSED** and a final judgment is **ENTERED** in favor of the Respondent.

SO ORDERED this 7th day of October, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE